## 16818.    HESTER v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense charged, and his motion for a new trial was overruled, but the only assignment of error in the bill of exceptions is upon the rendition of the verdict, and it does not affirmatively appear from the bill of exceptions and the record that the bill of exceptions was tendered to the judge within twenty days of the judgment complained of. This court, therefore, is without authority to entertain the bill of exceptions.

> *Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 15, 1925.

Conviction of burglary; from Laurens superior court—Judge Camp.   August 29, 1925.

*Hal B. Wimberly,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.

---

## 16819.    SPIVEY v. THE STATE.

LUKE, J. The conviction of the accused was amply authorized by the evidence, and for no reason pointed out in the record did the court err in overruling his motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 15, 1925.

Conviction of vagrancy; from Laurens superior court—Judge Camp.   August 29, 1925.

*G. C. Bidgood,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.